UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INTERCEPTION OF WIRE AND ELECTRONIC COMMUNICATIONS TO AND FROM T-MOBILE WIRELESS TELEPHONE NUMBER (785) 408-2826 (TARGET PHONE #1) BEARING INTERNATIONAL MOBILE SUBSCRIBER IDENTITY (IMSI) NUMBER 310260422021930 | Case No. 5:08-cm-50020-TC-1 |

**ORDER AUTHORIZING THE DESTRUCTION OF INTERCEPTED WIRE, ORAL AND/OR ELECTRONIC COMMUNICATIONS**

Application under penalty of perjury having been made before me by Gregory G. Hough, an "investigative or law enforcement officer," as defined in 18 U.S.C. § 2510(7) and an "attorney for the government," as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure, for an order authorizing the destruction of intercepted wire, oral and/or electronic communications, intercepted pursuant to 18 U.S.C. § 2510 et seq. and full consideration having been given to the matters set forth herein, the court finds:

On August 11, 2008, an order for the interception of wire, oral, and/or electronic communications was issued by Hon. Richard D. Rogers, Senior U.S. District Judge, of this district to intercept the communications of Gary Heath, Bradley

Liles, Michael Ullman, Lance Guzman, Antonio LNU, Danielle Kostiuk, Ronald Funk, and others then unknown (hereinafter the "Violators"), over the cellular telephone with the assigned telephone number (785) 408-2826 (Target Phone 1), bearing International Mobile Subscriber Identity (IMSI) number 310260422021930, with service provided by T-Mobile Wireless cellular, subscribed to by Gary HEATH, with the principal user having been identified as Gary HEATH, residing at 245 S.E. 29th, lot C-1, Topeka, Kansas, in connection with felony violations of federal law, that is violations of 21 U.S.C. §§ 841(a)(1), 843(b), 846 and 848, and 18 U.S.C. §§ 924(c), 1956, 1957 and 2, and 26 U.S.C. § 586l(d). No extensions of said order were issued. The orders were terminated on or about August 21, 2008.  The intercepted communications were sealed by the court on September 9, 2008, then unsealed by orders of the court for discovery purposes on.

The intercepted communications were subsequently used in the prosecution of Ismael NUNEZ, a.k.a. "Ismael MURILLO," Gary Heath, Adan Molina, Rito Vasquez-Garcia, Pascual Vazquez-Villa, and Alfonso Rubio-Ayala.

The tapes were unsealed by order of the court on June 26, 2009, and were disclosed to the defendants, pursuant to court order in connection with the prosecution of Gary Heath, Bradley Liles, Michael Ullman, Lance Guzman, Danielle Kostiuk, Ronald Funk, Adan Molina, Rito Vasquez-Garcia, Pascual Vazquez-Villa, Ismael Nunez, a.k.a. "Ismael MURILLO," and Alfonso Rubio-Ayala.

Ten years having elapsed from the time the tapes were originally sealed pursuant to 18 U.S.C. § 2518(8)(a), and there appearing to be no further need for their retention,

IT IS HEREBY ORDERED that the above-described intercepted wire, oral and/or electronic communications be destroyed by the U.S. Department of Justice, Drug Enforcement Administration (D.E.A.), the lawful custodian designated by the issuing judge.

IT IS SO ORDERED.

Dated: February 16, 2023

                                                ___s/ Toby Crouse_____
                                                Hon. Toby Crouse
                                                United States District Court Judge